Prob12D
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

## REQUEST FOR HEARING
## TO MODIFY CONDITIONS OR TERMS OF SUPERVISION

**Name of Offender:** CORINA MARIE FOX

**Case Number:** 2:10-cr-358-LDG-LRL

**Name of Sentencing Judicial Officer:** Honorable Larry A. Burns

**Date of Original Sentence:** January 19, 2010

**Original Offense:** Transportation of Illegal Aliens

**Original Sentence:** 5 years probation.

**Date Supervision Commenced:** January 19, 2010

**Date Jurisdiction Transferred to District of Nevada:** July 09, 2010

**Name of Assigned Judicial Officer:** Lloyd D. George

## PETITIONING THE COURT

The offender not having waived a hearing, the probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

1. **You shall reside at and participate in the program of a residential re-entry center for a period of 30 months as approved and directed by the probation officer.**

## CAUSE

Corina Fox failed to show for required drug/alcohol testing on the following dates: December 14, 2011, December 16, 2011, December 20, 2011, January 25, 2012, January 27, 2012, and January 30, 2012. On January 31, 2012, Fox was questioned about her missed drug/alcohol tests. Fox stated that she forgets to call the drug line nightly as required and therefore is unaware if she is required to test or not.

Prob12D
D/NV Form
Rev. Mar. 2007

**RE: CORINA MARIE FOX**

As a correctional intervention, Fox and her supervising officer reviewed the requirements for drug/alcohol testing. Fox was also counseled on the importance of compliance with this condition. As a controlling intervention, the probation office recommends that Fox's conditions be modified to include the placement and participation in the program of a residential- re-entry center for a period of 30 days. Fox is not in agreement with the probation officers recommendation and is unwilling to sign a Probation Form 49 (Waiver of Hearing) to modify her conditions of probation. It is requested that a summons be issued to address Fox's violations of supervised release.

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ February 9, 2012 _____.

_____
JOY GABONIA
Senior United States Probation Officer

APPROVED: _____
NANCY M. BOULTON
Supervising United States Probation Officer

---

## THE COURT ORDERS:

_____ No action

__XX__ The issuance of a summons

_____ Other

_____
Signature of Judicial Officer

15 Feb 2012
Date